UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHALL TRUCHAN,

    Plaintiff,

vs.

CASE NO. 05-CV-70951
HON. LAWRENCE P. ZATKOFF

MONROE CHARTER TOWNSHIP,

    Defendant.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated May 4, 2006, Plaintiff's Complaint is hereby DISMISSED such that Plaintiff's Fourteenth Amendment deprivation of procedural due process claim is DISMISSED WITH PREJUDICE, and Plaintiff's Fifth Amendment Takings claim is DISMISSED WITHOUT PREJUDICE.

Dated at Port Huron, Michigan, this 4th day of May, 2006.

        DAVID J. WEAVER
        CLERK OF THE COURT


    BY:    s/Marie E. Verlinde

APPROVED:


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE


S:\Zatkoff\Jim Carroll\Judgment\truchan.wpd